Case 7:26-cv-05820-KMK Document 10 Filed 08/24/26 Page 1 of 1

Guercio & Guercio LLP
ATTORNEYS AT LAW

**Adam I. Kleinberg**
*Partner*
77 Conklin Street
Farmingdale, New York 11735
(516) 694-3000 x236
akleinberg@guerciolaw.com

August 24, 2026

**VIA ECF**

Hon. Kenneth M. Karas
United States District Court
Southern District of New York

Re: *Nelson v. Elmsford UFSD, et al.,*
Docket No. 7:26-cv-05820 (KMK)

Dear Judge Karas:

We represent defendants Elmsford Union Free School District, Susan Yom, and James Yap in this matter. We write with plaintiff's counsel's gracious consent to request an adjournment of the October 1, 2026 court conference.

I request the adjournment as I am speaking at an out-of-state law seminar on the date of the court conference. Plaintiff's counsel and I propose the following alternative dates: 10/2/26, 10/16/26, 10/20/26.

Thank you for the consideration of this matter.

Very truly yours,

GUERCIO & GUERCIO LLP

ADAM I. KLEINBERG

To: All Counsel of Record (via ECF)

Granted. The Court will hold a teleconference on 10/2/2026 at 11:00 AM

SO ORDERED:

HON. KENNETH M. KARAS U.S.D.J.
8/24/2026